IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| MARY ANN CAMPBELL, on behalf of herself and other similarly situated <br><br> Plaintiff, <br><br> Vs. <br><br> EVERYTHING BREAKS INC. <br><br><br> Defendant. | § § § § § § § § § § § § § <br><br> CASE NO: 4:25-CV-00716-BSM |

**DEFENDANT EVERYTHING BREAKS INC.'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6.2, Defendant Everything Breaks Inc. ("Everything Breaks") files this Unopposed Motion for Extension of Time to Respond to Plaintiff Mary Ann Campbell's Complaint (the "Complaint"), enlarging Everything Breaks's deadline to respond by twenty days to October 13, 2025, in support thereof states as follows:

1. On July 17, 2025, Plaintiff filed her Complaint in this action. *See* Dkt. No. 1.

2. Pursuant to a Waiver of the Service of Summons, filed on July 29, 2025, Defendant's response to the Complaint is due on September 22, 2025. *See* Dkt. No. 4.

3. Defendant files this Motion to request a brief extension of time to respond to Plaintiff's Complaint as Defendant and its counsel require additional time to investigate the allegations in the Complaint and any applicable defenses and challenges and to prepare an appropriate response to the Complaint, because of counsel's pressing deadlines and obligations in other matters, and to provide additional time for the parties' discussions regarding potential

1

resolution of this matter. The requested extension of time would allow the parties to focus their efforts and resources on such discussions.

4. Thus, to ensure that counsel has sufficient time to explore the resolution of this case, as well as review and analyze the allegations and formulate proper responses to the Complaint, Everything Breaks respectfully requests an enlargement of twenty days, up through and including October 13, 2025, to file its response to Plaintiff's Complaint.

5. Counsel for Plaintiff has advised that Plaintiff does not oppose the requested extension.

6. Federal Rule of Civil Procedure 6(b) and Local Rule 6.2 allow this Court discretion to enlarge periods of time for good cause where, as here, the requested extension is made before the deadline. Everything Breaks respectfully submits that the above-stated reasons constitute good cause for the requested extension of time of twenty days to file a response to the Complaint.

7. The requested extension is not sought for dilatory reasons or for any other improper purpose, will not prejudice any party or the Court, and no prior extension has been sought by Everything Breaks.

WHEREFORE, Defendant Everything Breaks, Inc., respectfully requests that this Court enter an order enlarging its time to respond to Plaintiff Mary Ann Campbell's Complaint up to and including October 13, 2025, and for any other relief this Court deems just and proper.

## **LOCAL RULE 6.2(b) CERTIFICATION**

Undersigned counsel certifies that counsel for Everything Breaks spoke with counsel for Plaintiff regarding the subject of this motion, on September 18, 2025 via email. On that same day, Plaintiff for counsel indicated there was no objection to the filing of this motion.

Dated: September 19, 2025                                   Respectfully submitted,

*Kerri E. Kobbeman*
CONNER & WINTERS, LLP
Kerri Kobbeman, AR #2008149
4375 N. Vantage Dr., Suite 405
Fayetteville, AR 72703
(479) 582-5711
(479) 587-1426
kkobbeman@cwlaw.com

GREENSPOON MARDER LLP
JEFFREY A. BACKMAN
(*pro hac vice forthcoming*)
Florida Bar No. 662501
ROY TAUB
(*pro hac vice forthcoming*)
Florida Bar No. 116263
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL  33301
Tel:  (954) 491-1120
Fax: (954) 213-0140
jeffrey.backman@gmlaw.com
rene.vazquez@gmlaw.com
roy.taub@gmlaw.com
cheryl.cochran@gmlaw.com

*Attorneys for Defendant*
*Everything Breaks, Inc*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have filed the foregoing via CM/ECF today, September 19, 2025, which will forward a copy of this document to all counsel of record.

<i>/s/ Kerri E. Kobbeman</i><br>
Kerri Kobbeman