**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**OFFICE OF THE CLERK**
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 WEST CAPITOL AVENUE, SUITE A-149
LITTLE ROCK, ARKANSAS 72201

**TAMMY H. DOWNS** (501) 604-5351
  **CLERK**

September 22, 2025

Kerrilee Elizabeth Kobbeman
4375 North Vantage Drive, Suite 405
Fayetteville, Arkansas 72703

Re:     Deficiency Filing #5, Motion for Extension of Time
        Case No. 4:25-CV-00716-BSM, Campbell v. Everything Breaks Inc

Dear Ms. Kobbeman:

   The Clerk's office reviewed the above-referenced document, which was filed electronically, and found it to be deficient as follows:

   Corporate Disclosure Statement not filed with first appearance, pleading, petition, motion, response, or other request (F.R.Cv.P. 7.1).

   To correct a document that has been filed, please email the corrected document in pdf format to the Clerk's office at clerksoffice@ared.uscourts.gov.  **Do not refile the document.**  The original document will remain on the docket, and the response time will run from the date of the original filing.  Please electronically file a new supporting brief, corporate disclosure statement, or diversity disclosure statement.

                                         Sincerely,

                                         TAMMY H. DOWNS, CLERK


                                         By:  J. Kornegay
                                              Deputy Clerk