## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| MARY ANN CAMPBELL, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EVERYTHING BREAKS INC.<br><br>Defendant. | CIVIL ACTION FILE NO. 25-cv-716 |

## NOTICE OF SETTLEMENT

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within 30 days.

Dated: October 2, 2025          PLAINTIFF,

/s/ Anthony Paronich
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100