# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| MARY ANN CAMPBELL, on behalf of himself and others similarly situated, | : | CIVIL ACTION FILE NO. 25-cv-716 |
| Plaintiff, | : | |
| v. | : | |
| EVERYTHING BREAKS INC. | : | |
| Defendant. | : | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41.

Dated: October 2, 2025        PLAINTIFF,

/s/ Anthony Paronich
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100