IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARY ANN CAMPBELL**                                                                                          **PLAINTIFF**

v.                                           **CASE NO. 4:25-CV-00716-BSM**

**EVERYTHING BREAKS INC.**                                                                              **DEFENDANT**

## ORDER

Mary Campbell has filed a notice of voluntary dismissal. Doc. No. 9. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE