IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARY ANN CAMPBELL**                                                      **PLAINTIFF**

v.                            CASE NO. 4:25-CV-00716-BSM

**EVERYTHING BREAKS INC.**                                      **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of October, 2025.

_/s/ Brian S. Miller_
UNITED STATES DISTRICT JUDGE